Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHARON MORRIS,** | ) Case No. 2:11-CV-04293-E |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) |
| | ) |
| **LIGHTHOUSE RECOVERY ASSOCIATES, LLC,** | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Stipulation and Order for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 23rd day of August, 2011.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 23rd day of August, 2011, with:

United States District Court CM/ECF system

Notification sent electronically on this 23rd day of August, 2011, to:

Honorable Charles F. Eick
United States District Court
Central District of California

Aimee R. Morris
Morris Law, P.C.
Attorney for Defendant

The 23rd day of August, 2011

s/Todd M. Friedman
Todd M. Friedman