**Todd M. Friedman (216752)**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877 206-4741**
**Fax: 866 633-0228**
**tfriedman@attorneysforconsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHARON MORRIS,** <br> Plaintiff, <br><br> vs. <br><br> **LIGHTHOUSE RECOVERY ASSOCIATES, LLC,** <br> Defendant. | Case No. 2:11-CV-04293-E <br><br> **JOINT REQUEST TO DISMISS WITH PREJUDICE** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and expenses. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 25th day of October, 2011

By: s/Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

By: s/Aimee R. Morris
Morris Law, PC
Attorney for Defendant

Stipulation to Dismiss- 1

Filed electronically on this 25th day of October, 2011, with:

United States District Court CM/ECF system

Notification sent electronically on this 25th day of October, 2011, to:

Honorable Charles F. Eick
United States District Court
Central District of California

Aimee R. Morris
Morris Law, P.C.
Attorney for Defendant

The 25th day of October, 2011

<u>s/Todd M. Friedman</u>
Todd M. Friedman