UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

**SHARON MORRIS,**
Plaintiff,

vs.

**LIGHTHOUSE RECOVERY ASSOCIATES, LLC,**
Defendant.

) Case No. 2:11-CV-04293-E
)
) **ORDER**
)
)
)
)
)
)
)

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this 25th day of October, 2011.

_____
The Honorable Charles F. Eick

Order to Dismiss - 1