# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHARON MORRIS,** Plaintiff, | ) Case No. 2:11-CV-04293-E ) ) **ORDER** |
| vs. | ) ) |
| **LIGHTHOUSE RECOVERY ASSOCIATES, LLC,** Defendant. | ) ) ) ) ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this 25th day of October, 2011.

*[signature]*

The Honorable Charles F. Eick